AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
**UNITED STATES MARSHAL**
6/8/2018 9:42:54 AM
**MIDDLE DISTRICT OF LOUISIANA**

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>QUENTIN BROWN<br><br>*Defendant* | )<br>)  Case No. 18-**76**-SDD-EWD<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Quentin Brown,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)

A TRUE COPY
June 07, 2018
*(signed)* Lynda Wiltz
Deputy Clerk
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

Date: 06/07/2018

*Issuing officer's signature*

City and state: Baton Rouge, Louisiana

Erin Wilder-Doomes, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/8/18, and the person was arrested on *(date)* 6/18/18
at *(city and state)* Baton Rouge, LA.

Date: 6/18/18

*Arresting officer's signature*

Jeff Bowie DUSM #3438
*Printed name and title*