**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**INDICTMENT FOR POSSESSION OF A FIREARM BY A CONVICTED FELON AND NOTICE OF FORFEITURE**

*U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA FILED JUN 07 2018 CLERK*

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 18-76-SDD-EWD |
| *versus* | : |
| | : 18 U.S.C. § 922(g)(1) |
| | : 18 U.S.C. § 924(d) |
| QUENTIN BROWN | : 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

On or about September 6, 2017, in the Middle District of Louisiana, **QUENTIN BROWN**, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess a firearm, that is, a Smith & Wesson, model SW9VE, 9mm caliber pistol, bearing serial number DSL2880, which firearm previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE**

Upon conviction of the offense contained in this Indictment, **QUENTIN BROWN**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the commission of the offense, including, but not limited to, a Smith &

D. Sumner
USM - Certified

Wesson, model SW9VE, 9mm caliber pistol, bearing serial number DSL2880, and seventeen (17) rounds of 9mm ammunition.

| UNITED STATES OF AMERICA, BY | A TRUE BILL |
|---|---|
| *[signature]* | **REDACTED PER PRIVACY ACT** |
| BRANDON J. FREMIN<br>UNITED STATES ATTORNEY<br>MIDDLE DISTRICT OF LOUISIANA | GRAND JURY FOREPERSON |
| *[signature]* | 6/7/18 |
| DEMETRIUS D. SUMNER<br>ASSISTANT UNITED STATES ATTORNEY | DATE |

## Criminal Cover Sheet   U.S. District Court

**Place of Offense:**

City       Baton Rouge

County/Parish   East Baton Rouge Parish

**Matter to be sealed:** ☐ No   X Yes

**Related Case Information:**

Superseding Indictment _____   Docket Number _____
Same Defendant _____          New Defendant _____
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name   **Quentin Brown**
Alias
Address
Birthdate        SS #        Sex        Race        Nationality

**U.S. Attorney Information:**

AUSA  Demetrius D. Sumner              Bar #   PBN 321406

**Interpreter:** X No  ☐ Yes        List language and/or dialect: ___English___

**Location Status:**

Arrest Date   _____
_____        Already in Federal Custody as of
_____        Already in State Custody
_____        On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    1

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:922(g)(1) | Possession of a Firearm by Convicted Felon | 1 | F |
| | | | |
| | | | |

(May be continued on second sheet)

Date: June 7, 2018        Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____