UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MARCH 7, 2019
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **18-76-SDD-EWD** |
| **QUENTIN BROWN** | |

This cause came on this day for *Sentencing*.

PRESENT:   **Demetrius Sumner, Esq.**
**Counsel for United States**

**Karl Ludwig, Esq.**
**Counsel for Defendant**

Counsel make appearances.

The Court hears argument on Defendant's objections to the *Presentence Investigation Report*. The Court overrules objections number 1 and 2.

The Court adopts the factual findings in the *Presentence Investigation Report*, accepts the plea agreement, imposes *Sentence*, and advises the Defendant of his appeal rights.

The Defendant is remanded to the custody of the United States Marshal.

* * * * *

Reporter: Shannon Thompson
Cr51b/0.50